**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR MOGUEL HERNANDEZ &** | ) **NO. 5:26-cv-02438-KS** |
| **JUAN JOSE MELENDREZ ENCINA,** | ) |
| | ) **JUDGMENT** |
| **Petitioners,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOSHUA JOHNSON et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| _____ | ) |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: June 29, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE